**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY GLOBAL INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, ENRIQUE CHAN, MARK KOPINSKI, and BRIAN BRADY,<br><br>Defendants,<br><br>- and -<br><br>AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND,<br><br>Nominal Defendant. | **NO. 2:09-CV-02153-FCD-KJM**<br><br>**ORDER GRANTING EXTENSION OF TIME FOR RESPONSE TO COMPLAINT, SERVICE OF PROCESS, AND SUBMISSION OF STATUS REPORT TO COURT**<br><br>*[Lodged concurrently with Stipulation Regarding Extension of Time for Response to Complaint, Service of Process, and Submission of Status Report to Court]*<br><br>Assigned to Hon. Frank C. Damrell, Jr. |

**ORDER:**

Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Service of the Summons, the Complaint, the Order Requiring Joint Status Report, the Notice of Availability of Voluntary Dispute Resolution, and the Notice of Availability of Magistrate Judge to Exercise Jurisdiction and Appeal Instructions on all Defendants and the Nominal Defendant (collectively, "Defendants") shall be deemed good and sufficient.

2. Defendants shall have 60 days from the date of the stipulation upon which this order is based to answer or move with respect to the Complaint. In the event that Defendants move to transfer this case to a different district, then their time to answer or move with respect to the Complaint shall be extended until 30 days after the entry of an order of the Court determining the motion to transfer.

3. The Order Requiring Joint Status Report is hereby modified so as to extend the time of the parties to submit such a report until 60 days after (i) the determination of any motion addressed to the Complaint or (ii) the filing of any answer, whichever occurs earlier.

DATED: September 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

*Prepared by:*

*Crystal G. Howard (SBN 224627)*
*SIMMONS BROWDER GIANARIS*
*ANGELIDES & BARNERD LLC*
*100 N. Sepulveda Blvd., Suite 1350*
*El Segundo, California 90245*
*Telephone: 310-322-3555*
*Facsimile: 310-322-3655*
*choward@simmonsfirm.com*

*Attorneys for Plaintiff*